UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Terry Tucker, Esq
80 W Broad St
Bridgeton, NJ 08302
TT8409

for Debtor(s)

**Order Filed on October 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jose and Yamilet Almanzar

Case Number: ____17-31992/JNP____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by ____Terry Tucker for Debtor____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____Ditech_____ is reinstated effective the date of this order.

*rev.7/12/16*

2