Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−31992−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose V Almanzar                                          Yamilet Almanzar
   aka Jose V Almanzar Sr                           aka Yamilet Rivera
   570 N East Ave                                              570 N East Ave
   Vineland, NJ 08360                                   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2771                                                   xxx−xx−8331

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 1, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 1, 2019
JAN: kvr

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jose V Almanzar
Yamilet Almanzar
    Debtors

Case No. 17-31992-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 01, 2019
                         Form ID: 148     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db/jdb         +Jose V Almanzar,    Yamilet Almanzar,    570 N East Ave,    Vineland, NJ 08360-2854
517150020      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
517150021       Karen Benitez-Garcia,    513 E Willard St,    Philadelphia, PA 19134
517150024       Merrick Bank,    PO Box 9021,    Old Bethpage, NY 11804
517150025      +Midland Funding LLC,    PO Box 2000,    Warren, WI 48090-2000
517150026      +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
517851625       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                Greenville, SC  29603-0675
517851626       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                Greenville, SC  29603-0675
517150027      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517150028     #+PA Department of Revenue,    PO Box 281101,    Harrisburg, PA 17128-1101
517150029      +PMB,   672 Old Mill Rd.,    Millersville, MD 21108-1363
517249910      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517150030      +Sharon McDonald,    9497 Woodbridge Rd #B,    Philadelphia, PA 19114-3420
517150031      +State of New Jersey,    Division of Taxation,    50 Barrack St POB 269,
                Trenton, New Jersey 08646-0269
517150033      +Travel Advantage Network,    PO Box 64220,    Baltimore, MD 21264-4220
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:02     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
517361431       EDI: RESURGENT.COM Mar 02 2019 05:08:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of Syndicated,    Office Systems, Inc.,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517150016      +EDI: PHINGENESIS Mar 02 2019 05:08:00     Bankcard Services,    PO Box 4477,
                Beaverton, OR 97076-4401
517150017      +EDI: CAPITALONE.COM Mar 02 2019 05:08:00     Capital One Bank (USA),    PO Box 6492,
                Carol Stream, IL 60197-6492
517218870       EDI: BL-BECKET.COM Mar 02 2019 05:08:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517150018      +E-mail/Text: bankruptcy@cavps.com Mar 02 2019 00:32:21     Cavalry,    PO Box 520,
                Valhalla, NY 10595-0520
517240541      +E-mail/Text: bankruptcy@cavps.com Mar 02 2019 00:32:21     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517150019      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 00:31:43     Ditech,    POB 6172,
                Rapid City, SD 57709-6172
517222127       E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 00:31:43     Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD  57709-6154
517150022      +EDI: CBSKOHLS.COM Mar 02 2019 05:08:00     Kohl's,    PO Box 3084,    Milwaukee, WI 53201-3084
517150022      +E-mail/Text: bncnotices@becket-lee.com Mar 02 2019 00:31:20     Kohl's,    PO Box 3084,
                Milwaukee, WI 53201-3084
517150023      +EDI: RESURGENT.COM Mar 02 2019 05:08:00     LVNV Funding, LLC,    PO Box 10497,
                Greenville, SC 29603-0497
517353998       EDI: RESURGENT.COM Mar 02 2019 05:08:00     LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517353976       EDI: MERRICKBANK.COM Mar 02 2019 05:08:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
517213576      +EDI: MID8.COM Mar 02 2019 05:08:00     MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
517357622       EDI: PRA.COM Mar 02 2019 05:08:00     Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
517283671       EDI: PRA.COM Mar 02 2019 05:08:00     Portfolio Recovery Associates, LLC,
                c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517152234      +EDI: RMSC.COM Mar 02 2019 05:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517150032      +EDI: WTRRNBANK.COM Mar 02 2019 05:08:00     Target,    PO Box 660170,    Dallas, TX 75266-0170
517256206      +EDI: AIS.COM Mar 02 2019 05:08:00     Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 21
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 35

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517240542*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Terry  Tucker    on behalf of Joint Debtor Yamilet  Almanzar terrytucker@comcast.net
              Terry  Tucker    on behalf of Debtor Jose V Almanzar terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```